BRADY v. BERNARD & KITTINGER.

APPEAL FROM, AND PETITION FOR CERTIORARI TO, THE UNITED STATES CIRCUIT COURT OF APPEALS FOR THE SIXTH CIRCUIT.

No. 501.   Petition for certiorari and motion to dismiss submitted April 26, 1910.—Decided May 2, 1910.

An appeal from an adjudication in bankruptcy taken under § 25a of the Bankruptcy Act of 1898 dismissed because taken too late.

APPEAL from an adjudication in bankruptcy taken under § 25a of the Bankruptcy Act.

Appellee contended in this case that the appeal came too late as it was taken more than ten days after the order. Appellant contended that as he had filed a petition to set aside the order the time ran from denial of that order. The petition to set aside was not filed until more than ten days after the adjudication.

*Mr. Norman Farrell, Jr.,* and *Mr. Hill McAlister* for appellants.

*Mr. Edwin C. Brandenburg, Mr. Clarence A. Brandenburg, Mr. F. Walter Brandenburg, Mr. A. E. Wilson* and *Mr. James R. Duffin* for appellees.

*Per Curiam.* Appeal dismissed for want of jurisdiction and petition for writ of certiorari denied.